UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL SMITH** | **CIVIL ACTION** |
| versus | **NO. 14-1294** |
| **BURL CAIN, WARDEN** | **SECTION: "J"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Carl Smith is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE